UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| MONTE ALAN PRINCE, | ) |
| Petitioner | ) |
| v. | ) Case No. 3:10-cv-02014-JHH-HGD |
| RICHARD ALLEN, Commissioner, DAVID WISE, Warden, and THE ATTORNEY GENERAL OF THE STATE OF ALABAMA, | ) |
| Respondents | ) |

## **FINAL JUDGMENT**

In accordance with the Memorandum Opinion entered contemporaneously herewith and Rule 58, Fed.R.Civ.P., it is ORDERED, ADJUDGED and DECREED that the petition for writ of habeas corpus in this action is due to be and hereby is DENIED.

**DONE** this the   10th   day of September, 2010.

_____
SENIOR UNITED STATES DISTRICT JUDGE